

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

In the twenty (20) causes listed immediately hereunder the following was entered:

Pursuant to and in compliance with an Order of the Supreme Court of Texas, signed December 15, 2014, Misc. Docket No. 14-9246, it is ordered that these causes be transferred to the Eighth Court of Appeals at El Paso, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said causes to the Clerk of the Eighth Court of Appeals.

| | CASE NUMBER | STYLE OF CASE | COUNTY |
|---|---|---|---|
| 1. | 2-14-369-CV | Helen Jackson v. Texas Workforce Comm | Tarrant |
| 2. | 2-14-370-CV | David Courtade v. Edward Greutman | Tarrant |
| 3. | 2-14-373-CV | Linda Mayfield v. Gary Bruce Peek | Wise |
| 4. | 2-14-374-CV | Robert Gomez v. DLJ Mortgage | Tarrant |
| 5. | 2-14-379-CV | Hapatia Beaumont v. Adina Logan | Tarrant |
| 6. | 2-14-380-CV | Chico Auto Parts v. Craig M. Crockett | Tarrant |
| 7. | 2-14-476-CR | Jason Ray Pickett v. State of Texas | Tarrant |
| 8. | 2-14-477-CR | Jason Ray Pickett v. State of Texas | Tarrant |
| 9. | 2-14-478-CR | Jason Ray Pickett v. State of Texas | Tarrant |
| 10. | 2-14-479-CR | Paul C. Ervin v. State of Texas | Tarrant |
| 11. | 2-14-480-CR | Ricky Heffel v. State of Texas | Denton |
| 12. | 2-14-481-CR | Michael Cucuta v. State of Texas | Tarrant |
| 13. | 2-14-482-CR | Michael Cucuta v. State of Texas | Tarrant |
| 14. | 2-14-483-CR | Alexander Jenson v. State of Texas | Tarrant |
| 15. | 2-14-484-CR | Arkeith Davis v. State of Texas | Tarrant |
| 16. | 2-14-485-CR | Arkeith Davis v. State of Texas | Tarrant |
| 17. | 2-14-486-CR | Arkeith Davis v. State of Texas | Tarrant |
| 18. | 2-14-487-CR | Arkeith Davis v. State of Texas | Tarrant |
| 19. | 2-14-488-CR | Arkeith Davis v. State of Texas | Tarrant |
| 20. | 2-14-491-CR | Curtis Bradley v. State of Texas | Tarrant |

I, DEBRA SPISAK, Clerk of the Second Court of Appeals at Fort Worth, Texas, hereby certify that the foregoing is a true copy of this Court's Order entered January 16, 2015, transferring the above twenty (20) causes from this Court to the Eighth Court of Appeals at El Paso, Texas as it appears in Minute Book volume 80, page 324.

   IN WITNESS WHEREOF, I hereby certify and affix the seal of the Second Court of Appeals at Fort Worth, Texas this 16th day of January, 2015.



DEBRA SPISAK, CLERK
SECOND COURT OF APPEALS
FORT WORTH, TEXAS

*Debra Spisak*